UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-360-MOC

| | |
|---|---|
| PAMELA LILLIAN MALOY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARTIN O'MALLEY, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | **ORDER** |

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion (Doc. No. 13), with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing. See <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991); <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

<u>The Clerk is respectfully instructed to terminate Doc. No. 8 as no longer pending</u>.

Signed: August 7, 2024

Max O. Cogburn Jr.
United States District Judge