UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-360-MOC

| | |
|---|---|
| PAMELA LILLIAN MALOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARTIN J. O'MALLEY, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | |

**THIS MATTER** is before the Court on Plaintiff's motion for an award of attorney's fees, expenses, and costs pursuant to the Equal Access to Justice Act. (Doc. No. 16). Defendant has consented to the motion.

The motion is **GRANTED**. It is hereby **ORDERED** that Plaintiff, Pamela Lillian Maloy, is awarded $4,852.00 in attorney fees under EAJA. The attorney fees will be delivered electronically or by mail to Olinsky Law Group, pursuant to the assignment of fees filed in this case.

Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

Signed: November 18, 2024



1